AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

RONNIE LEE OWEN,

              Plaintiff,

        v.

CRAIG THAYER, et al.,

              Defendants.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-5012-RHW

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is dismissed without prejudice.

| | |
|---|---|
| June 13, 2011 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Linda Emerson |
| | *(By) Deputy Clerk* |
| | Linda Emerson |